**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-41288**

_____

In The Matter Of:    GEORGE B. MAYO, Individually doing business as
                     Real Estate Book, doing business as MayDry,
                     Inc., doing business as Real Estate Source;
                     CAROLYN MAYO, Individually doing business as
                     Real Estate Book, doing business as MayDry,
                     Inc., doing business as Real Estate Source,

                                                        Debtors.
_____

**GEORGE B. MAYO, Individually doing business as Real Estate Book,**
**doing business as MayDry, Inc., doing business as Real Estate**
**Source; CAROLYN MAYO, Individually doing business as Real Estate**
**Book, doing business as MayDry, Inc., doing business as Real**
**Estate Source; MAYO, BULLARD & ASSOCIATES, a Texas Partnership;**
**ROBIN BULLARD,**

                                                        Appellees,

                              **versus**

                **NETWORK PUBLICATIONS, INC.,**

                                                        Appellants.
_____

           **Appeal from the United States District Court**
             **for the Southern District of Texas**
                      **(M-99-CV-317)**
_____

                    **October 15, 2001**

Before BARKSDALE and STEWART, Circuit Judges, and DUVAL, District

Judge[1].

---

[1]District Judge of the Eastern District of Louisiana, sitting
by designation.

PER CURIAM:[2]

Pursuant to 28 U.S.C. § 1292(a), we have jurisdiction over this appeal. We agree with the district court that this matter must be remanded to the bankruptcy court for further consideration in the light of the district court's 13 July 2000 ruling.

Therefore, this case is remanded to the district court for further remand to the bankruptcy court.

*REMANDED*

---

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.